IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                              CRIMINAL NO.: 3:17cr117-DCB-FKB

CHENG LIN, GUO GUANG LIN,
YAN FEI TANG, and
LIN'S CHINA BUFFET OF
MERIDIAN, INC. d/b/a China Buffett II                          DEFENDANT

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, Defendant Guo Guang Lin, by and through undersigned counsel, and hereby notifies this Honorable Court of the Defendant's intent to change his plea of NOT GUILTY to a plea of GUILTY to Count I of the Indictment.

RESPECTFULLY SUBMITTED, this the 16th day of June, 2018.

GUO GUANG LIN

By: /s/ R. Thomas Rich
R. THOMAS RICH

SUBMITTED BY:
R. THOMAS RICH (MS Bar # 103167)
TOMMY R. SAVANT (MS Bar # 9689)
SAVANT & RICH, LLC
Attorneys at Law
100 E Center Street
Post Office Box 737
Canton, Mississippi 39046
Telephone: (601) 859-7375
Facsimile: (601) 859-2773
Email: tom@savantrichlaw.com
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I, R. THOMAS RICH, do hereby certify that I have this day caused to be filed a true and correct copy of the foregoing document using the Court's CM/ECF system, which sent a true and correct copy of the same to all counsel of record.

SO CERTIFIED, this the 16th day of June, 2018.

                                                  _s R. Thomas Rich_____
                                                  R. THOMAS RICH